**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 72.229.110.129**

**ISP:** Spectrum
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/24/2018 02:19:38 | B0568AF726BB427E985A22547A58E850DA404BD8 | Surprise Sex For Three |
| 09/04/2018 13:23:40 | 837722385DBCA5C20A1F5E5DAC10AEE41C46FF19 | Teach Me About Sex |
| 09/04/2018 12:50:14 | BC20DCF8ED6F2398531CB4ADB8FE0E81AF981413 | Sex And Fashion A Threeway Project |
| 09/04/2018 12:43:00 | D9E079BE37D12E6431A6B5448BA5667E8065F8A8 | My First Video Is A Threesome |
| 08/26/2018 02:14:39 | 32E702D16A4A67B6C30504B75A645ED516E22588 | Cum In For An Orgy |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

SNY498