UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                                   :
                                                                     :
                         Plaintiff,                                  :
                                                                     :
        -v-                                                          :   18-CV-10956 (JMF)
                                                                     :
JOHN DOE subscriber assigned IP address                              :   ORDER
72.229.110.129,                                                      :
                                                                     :
                         Defendant.                                  :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant, proceeding anonymously and *pro se*, has filed a motion for reconsideration of the Court's March 15, 2019 Order denying Defendant's motion to quash.  *See* Docket No. 24.  It is hereby ORDERED that Plaintiff respond to that motion by letter-brief, not to exceed two pages, no later than **March 22, 2019.**  Plaintiff's response must fully and completely address the following question: whether the "Registration Dates" listed on Exhibit B to the Amended Complaint reflect the dates that the Copyright Office granted registration of the listed copyrights or whether, as Defendant suggests, those dates instead reflect the dates that applications for such copyrights were filed.  *See* Docket No. 21-2.  Plaintiff shall attach a copy of a certificate of registration for each copyright as an exhibit to its response.

      SO ORDERED.

Dated: March 20, 2019
       New York, New York
                                                        JESSE M. FURMAN
                                                United States District Judge