UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 72.229.110.129,

Defendant.

Case No. 1:18-cv-10956-JMF

Judge Furman

**DECLARATION OF SPENSYR ANN KREBSBACH, ESQ., IN SUPPORT OF PLAINTIFF'S RESPONSE TO COURT'S ORDER AT CM/ECF 25**

I, Spensyr Ann Krebsbach, Esq., hereby affirm under penalty of perjury and pursuant to 18 U.S.C. §1621, that:

1. My name is Spensyr Ann Krebsbach. I am an associate attorney with the Lomnitzer Law Firm, P.A., outside general counsel for Plaintiff, Malibu Media, LLC, in the above-captioned matter.

2. I am of legal age, sound mind, and have personal knowledge of the facts set forth in this Declaration.

3. I receive all of the certificates of registration for Plaintiff's works when they are sent by the Copyright Office. These certificates of registration come with a transmitting cover page. The only information relating to the registration that appears on the cover page, or the registration certificate is the effective date of registration assigned by the Copyright Office, the date of publication of the work, and the date our office certified the application

to the Copyright Office. There is no information indicating the date the Copyright Office actually processed the application.

4. Upon receipt of this Honorable Court's Order at CM/ECF 25, on March 21, 2019, I logged into to my firm's account with the Copyright Office registration portal and looked at each entry related to the works set forth on Exhibit B of Plaintiff's Amended Complaint (the "Subject Works"). The only date made available from the Copyright Office regarding the works is the effective date of registration, and the information our firm entered regarding date of publication and date the application was certified to the Copyright Office by our office. Upon my reasonable inquiry, it does not appear that the actual date the Copyright Office processed the application is provided by the Copyright Office in the registration portal.

5. True and Correct copies of the original registration certificates for the Subject Works, and the transmitting cover page, are attached hereto as Exhibit "A."

6. Additionally, I searched Copyright.gov's public registration search for the Subject Works, and find the only dates listed there are the date of publication of the Subject Work, and the effective date of registration assigned by the Copyright Office. Copies of the results of that search are attached hereto as Exhibit "B." The works registered November 27, 2018, do not yet appear in the website's search results, but the original registration certificates are included in Exhibit "A" discussed above.

7. Based on my search, the only information publicly available regarding the date of registration of the Subject Works is the effective date of publication assigned by the Copyright Office. I do not see anything on the registration certificate, Copyright.gov, or in our firm's account with the Copyright Office, indicating the date the subject applications

for registration were processed by the Copyright Office. Based upon my reasonable inquiry, it appears that the date the applications were processed by the Copyright Office is not information made publicly available.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: March 22, 2019

Spensyr Ann Krebsbach